Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 3:18-cv-02540-BAS-MDD |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| RPC OLD TOWN AVENUE OWNER, LLC, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the above case has settled. The parties anticipate filing closing papers in the coming weeks.

RESPECTFULLY SUBMITTED this 29th day of November, 2018.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff