Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 865-7788

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>RPC OLD TOWN AVENUE OWNER, LLC,<br><br>Defendant. | Case No: 3:18-cv-02540-BAS-MDD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above action with prejudice; each party to bear her/its own costs and attorneys' fees.

    RESPECTFULLY SUBMITTED this 6th day of December, 2018.

                                   /s/ Peter Kristofer Strojnik
                                   Peter Kristofer Strojnik (242728)
                                   Attorneys for Plaintiff